840

No. 248.   MacKay v. Boyd, District Director, Immigration and Naturalization Service, et al.   C. A. 9th Cir.   Certiorari denied.   *Norman Leonard* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Isabelle R. Cappello* for respondents.

No. 249.   Shearer et ux. v. Smyth, Collector of Internal Revenue.   C. A. 9th Cir.   Certiorari denied. *Willard C. Mills* for petitioners.   *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack, A. F. Prescott* and *John J. Kelley, Jr.* for respondent.

No. 252.   Sagonias v. United States.   C. A. 5th Cir. Certiorari denied.   *Pat C. Whitaker* and *Tom P. Whitaker* for petitioner.   *Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 253.   Anson et al. v. Hiram Walker & Sons, Inc.   C. A. 7th Cir.   Certiorari denied.   *David C. McCarthy* for petitioners.   *Harold A. Smith* for respondent.

No. 259.   Wieman & Ward Co. v. City of Pittsburgh et al.   Supreme Court of Pennsylvania, Western District. Certiorari denied.   *A. W. Henderson* for petitioner. *Oscar G. Peterson* for respondents.

No. 260.   Detroit Stamping Co. v. West Point Manufacturing Co.   C. A. 6th Cir.   Certiorari denied. *Lloyd M. Forster* for petitioner.   *Warren E. Miller* for respondent.